1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEON HAYGOOD,                          Case No.  2:20-cv-02272-JDP (PC)

12                  Plaintiff,              ORDER GRANTING PLAINTIFF'S MOTION
                                            FOR AN EXTENSION OF TIME
13          v.
                                            ECF No. 21
14   T. LINDQUIST, *et al.*,

15                  Defendants.

16

17          Plaintiff has filed a motion for extension of time to file a response to defendants' motion

18   to dismiss.  ECF No. 21.  Good cause appearing, it is hereby ORDERED that:

19          1.  Plaintiff's motion for an extension of time, ECF No. 21, is granted.

20          2.  Plaintiff is granted sixty days from the date of this order in which to file an opposition

21   or statement of non-opposition to defendants' motion.

22
23   IT IS SO ORDERED.

24
     Dated:   __May 31, 2021__                  _____
25                                              JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28